**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **M.S., a minor, by and through** | : | |
| **her mother, PARIS HALL, and** | : | **No. 1:13-cv-2718** |
| **PARIS HALL, individually,** | : | |
|     **Plaintiffs** | : | |
| | : | **(Judge Kane)** |
|     **v.** | : | |
| | : | |
| **SUSQUEHANNA TOWNSHIP** | : | |
| **SCHOOL DISTRICT, et al.,** | : | |
|     **Defendants** | : | |

**ORDER**

    **AND NOW**, on this 29th day of August 2014, **IT IS HEREBY ORDERED THAT**

Defendants' motion to dismiss (Doc. No. 10) is **GRANTED IN PART** and **DENIED IN PART**

as follows:

1. Plaintiffs' claims against the individually-named Defendants in their official capacities are **DISMISSED WITH PREJUDICE**.

2. Plaintiffs' claims against Defendant Susquehanna Township School District, and Defendants Kegerise, Taschner and Lovelidge in their individual capacities arising out of 42 U.S.C. § 1983 and the United States Constitution are **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiffs' claim against STSD arising under Title IX, 20 U.S.C. § 1681 et seq. is not dismissed;

4. Plaintiffs' state law claims alleging negligent hiring, negligence per se and intentional infliction of emotional distress against the Susquehanna Township School District are **DISMISSED WITH PREJUDICE**;

5. Plaintiffs' state law claim alleging negligent hiring against Defendants Kegerise and Lovelidge in their individual capacities is **DISMISSED WITHOUT PREJUDICE**;

6. Plaintiffs' state law claims alleging negligence per se and intentional infliction of emotional distress against all individually-named Defendants in their individual capacities are **DISMISSED WITHOUT PREJUDICE**; and

7. Plaintiffs' claim for punitive damages is **DISMISSED WITHOUT**

**PREJUDICE**.

8.      Plaintiffs are granted leave to file an amended complaint within 21 days of the
date of this order.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania