# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.S. and PARIS HALL, | : Civil Action No. 1:13-cv-2718 |
| Plaintiffs, | : Court of Appeals No. 19-2173 |
| v. | : |
| | : District Court Judge Yvette Kane |
| SUSQUEHANNA TOWNSHIP SCHOOL DISTRICT, , KRISTI KAUFFMAN, Dr. SUSAN M. KEGERISE, Dr. CATHY L. TASCHNER, RALPH LOVELIDGE, AMANDA SALTER, LARRY NAWA and KENNETH POTTER, | : Magistrate Judge Saporito |
| Defendants. | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, M.S. and Paris Hall, appeal to the United States Court of Appeals for the Third Circuit from this Court's Orders (Doc Nos. 29 and 42) dismissing Plaintiffs' claims against Defendant Susquehanna Township School District and Defendants Kristi Kauffman, Dr. Susan M. Kegerise, Dr. Cathy L. Taschner, Ralph Lovelidge, Amanda Salter, Larry Nawa, and Kenneth Potter in their individual and official capacities, entered on August 29, 2014 and February 10, 2015, its Order and Judgment granting Summary Judgment entered on August 16, 2017 and its Order denying reconsideration entered on October 31, 2017. All of these Orders became final and subject to appeal on April 30, 2019 when the Court entered its Order and Judgment against Defendant Shawn A. Sharkey which finally resolved all issues as to all parties.

Dated: May 30, 2019                              Respectfully submitted,

*/s/ Dennis E. Boyle*
Dennis E. Boyle, Esquire
Whiteford, Taylor & Preston L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
(202) 659-6808
dboyle@wtplaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May 2019, I electronically filed the foregoing with the Court using the CM/ECF system, which sent notification of such filing to the following persons at the following email addresses:

Elizabeth A. Benjamin, Esquire
ebenjamin@beardlegalgroup.com

Carl P. Beard, Esquire
cbeard@beardlegalgroup.com

I hereby certify that on this 30th day of May 2019, a true and correct copy of the foregoing **Amended Notice of Appeal** was sent via first-class mail postage prepaid to:

Shawn A. Sharkey
1381 Saint Charles Place
Roslyn, PA 19001

*/s/ Dennis E. Boyle*
Dennis E. Boyle